IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETGEAR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-999-SLR |
| | ) |
| RUCKUS WIRELESS, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

At Wilmington this 2nd day of July, 2013,

IT IS ORDERED that the oral argument originally scheduled for **Friday, August 9, 2013** at 1:30 p.m. is hereby rescheduled to **9:30 a.m. on the same date** in courtroom 2A on the 2nd Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge