IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETGEAR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-999-SLR |
| | ) |
| RUCKUS WIRELESS, INC, | ) |
| | ) |
| Defendant. | ) |

# ORDER

At Wilmington this 30th day of September 2013, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's summary judgment motion of infringement (D.I. 136) is denied.

2. Plaintiff's summary judgment motion of validity (D.I. 150) is denied.

3. Defendant's motion for summary judgment of invalidity (D.I. 131) is granted in part and denied in part.

4. Defendant's cross-motion for non-infringement of the patents-in-suit (D.I. 148) is granted in part and denied in part.

5. Defendant's motion to exclude the expert testimony of Dr. Saunders (D.I. 121) is denied.

United States District Judge