IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETGEAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 10-999-SLR |
| ) | |
| RUCKUS WIRELESS, INC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

At Wilmington this 4th day of October, 2013, having considered plaintiff's summary judgment motion that defendant's license under the '035 patent terminated on August 1, 2010 and defendant's motion to strike plaintiff's motion for summary judgment and the papers submitted therewith;

IT IS ORDERED that plaintiff's summary judgment motion (D.I. 134) is denied without prejudice to renew should resolution of a subsequent appeal so warrant, based on the finding of invalidity of U.S. Patent No. 5,507,035 (D.I. 184; D.I. 185). Defendant's motion to strike (D.I. 143) is denied as moot.

_____
United States District Judge