IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETGEAR, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 10-999-SLR |
| RUCKUS WIRELESS, INC., | ) |
| Defendant. | ) |

**JUDGMENT FOLLOWING A JURY VERDICT
PURSUANT TO FED. R. CIV. P. 58(b)**

For reasons stated in the jury verdict of October 31, 2013;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Ruckus Wireless, Inc. and against plaintiff Netgear, Inc. as to infringement of claims 14 and 15 of the '454 patent and claims 13, 14 and 18 of the '143 patent.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiff Netgear, Inc. and against defendant Ruckus Wireless, Inc. as to validity of claims 14 and 15 of the '454 patent and claims 13, 14 and 18 of the '143 patent.

_____
United States District Judge

Dated: 11/4/13

_____
(By) Deputy Clerk