IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETGEAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-999 (SLR) |
| | ) | |
| RUCKUS WIRELESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] REVISED FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and consistent with the Court's Memorandum Opinion and Order dated September 30, 2013 (D.I. 184–185), the October 31, 2013 Jury Verdict (D.I. 212), and the Judgment Following Jury Verdict dated November 4, 2013 (D.I. 215),

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Ruckus Wireless, Inc. ("Ruckus") and against plaintiff NETGEAR, Inc. ("NETGEAR") as to infringement of claims 14 and 15 of United States Patent No. 6,621,454 ("'454 patent") and claims 13, 14, and 18 of United States Patent No. 7,263,143 ("'143 patent") as set forth in the October 31 jury verdict;

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiff NETGEAR and against defendant Ruckus as to validity of claims 14 and 15 of the '454 patent and claims 13, 14, and 18 of the '143 patent as set forth in the October 31 jury verdict;

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of defendant Ruckus and against plaintiff NETGEAR as to infringement and validity of claims 1, 2, 3, 4, 5, 16, 17, and 18 of the '454 patent, claim 19 of the '143 patent, claims 1, 3, 4, 12, 13, 15,

and 16 of United States Patent No. 6,512,480, claims 6, 7, and 8 of United States Patent No. 5,812,531, and claims 1, 4, and 5 of United States Patent No. 5,507,035 for the reasons set forth in this Court's Memorandum Opinion on summary judgment and claim construction dated September 30, 2013;

IT IS FURTHER ORDERED that any and all remaining claims and arguments are fully disposed of by this judgment.

The December 5, 2013 Final Judgment Pursuant to Fed. R. Civ. P. 54(b) (D.I. 218) is hereby vacated and replaced with this Revised Final Judgment.

_12/10/13_
DATE

_[signature]_
SUE L. ROBINSON
United States District Judge

7832166