NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NETGEAR, INC.,**
*Plaintiff – Appellant,*

v.

**RUCKUS WIRELESS, INC.,**
*Defendant – Appellee.*

_____

14-1152

_____

Appeal from the United States District Court for the District of Delaware in No. 10-cv-0999 United States District Judge Sue L. Robinson.

_____

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                                               FOR THE COURT

February 11, 2014                 /s/ Daniel E. O'Toole
                                         Daniel E. O'Toole
                                          Clerk of Court

**ISSUED AS A MANDATE:** February 11, 2014